PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-00025 WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| KONG LI, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an initial appearance in the Eastern District of California on December 4, 2024. The defendant originally appeared in Magistrate's Court for the Northern District of California on November 13, 2024. Time was excluded by the Magistrate Judge up to and including December 4, 2024.

2. By this stipulation, defendant now moves to set a status conference before the District Court on **January 27, 2025 at 10:00 a.m**., and to exclude time between December 4, 2024, and January 27, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case

includes law enforcement reports, photographs, search warrant affidavits and other records. Because of the age of this case, these materials comprise several large binders. All of this discovery will be either produced directly to counsel and/or made available for inspection and copying.

  b) Counsel for defendant desires additional time review the discovery, consult with his client, perform legal research and to otherwise investigate the allegations contained in the indictment.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 4, 2024 to January 27, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 27, 2024        PHILLIP A. TALBERT
                     United States Attorney

                       /s/ HEIKO P. COPPOLA

HEIKO P. COPPOLA
Assistant United States Attorney

Dated:  November 27, 2024

/s/ STEVEN KALAR
STEVEN KALAR
Counsel for Defendant
KONG LI

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  December 2, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3