IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KONG YUAN LI,<br><br>　　　　Defendant. | **Case No.:** CR 2:07-00025-11 WBS<br><br>**STIPULATION ADDING MENTAL HEALTH COUNSELING AS CONDITION OF PRETRIAL RELEASE; FINDINGS AND ORDER** |

**STIPULATION**

　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　1.　　The defendant originally appeared in Magistrate's Court for the Northern District of California on November 13, 2024. The defendant was released on conditions by the Northern District of California Magistrate Judge. That Magistrate Judge then ordered a Rule 5 transfer to the Eastern District of California.

　　2.　　Counsel for the defendant, the defendant, and the defendant's family all reside in the Northern District of California.

　　3.　　The defendant is being supervised while on pretrial release by the Office of Pretrial Services for the Northern District of California. The defendant is residing with his son in the

Northern District.

4. Based on the defendant's post-release interview, the Office of Pretrial Services recently recommended that mental health counseling be added as a condition of pretrial release for Mr. Li. The government and counsel for Mr. Li agree with this recommendation.

5. The parties agree and stipulate, and request that the Court find the following:

a) Pretrial Service's recommendation for mental health counseling as a condition of pretrial release is appropriate.

b) The conditions of Mr. Li's pretrial release are hereby modified to add a condition of mental health counseling.

Dated: January 21, 2025

IT IS SO STIPULATED.

STEVEN G. KALAR
Kalar Law Office

/S
Counsel for Kong Yuan Li

Dated: January 21, 2025

MICHELE BECKWITH
Acting United States Attorney
Eastern District of California

/S
HEIKO COPPOLA
Assistant United States Attorney

IT IS SO ORDERED.

Dated: January 21, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATED ORDER RE: MENTAL HEALTH COUNSELING
*LI*, CR 07-00025 WBS

2