IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KONG YUAN LI,<br><br>    Defendant. | Case No.: CR 2:07-00025 WBS-11<br><br>**STIPULATED ORDER VACATING STATUS HEARING** |

    Along with five other defendants, Kong Yuan Li was charged with conspiracy and the manufacture of at least 1,000 marijuana plants in a 2009 superseding indictment in the Eastern District of California. Mr. Li never made an appearance on that case: an arrest warrant was issued on August 28, 2009.

    On November 12, 2024, Mr. Li arrived at the San Francisco International Airport on a flight from China. He was arrested on the 2009 warrant.

    Mr. Li made his initial appearance before the Honorable Judge Hixson on November 13, 2024 in the Northern District of California. He was assisted at this hearing by a certified Cantonese interpreter. At this initial appearance Mr. Li waived an identity hearing and was released to the custody of his son, Mark Li. He was arraigned on the Eastern District indictment.

    Mr. Li was informed the government's *Brady* obligations at this appearance.

1  Mr. Li was released by Magistrate Judge Hixson, and has been supervised by Pretrial Services
2  since that date. He resides with his son in the Northern District of California. On January 21, 2025,
3  the Honorable Chief Magistrate Judge Carolyn Delaney signed a stipulated order adding a condition
4  of mental health counseling as a condition of Mr. Li's release, as requested by Pretrial Services in the
5  Northern District of California.

6  After that initial San Francisco appearance undersigned counsel for Mr. Li has been in contact
7  with AUSA Heiko Coppola, who is assigned to the case in the Eastern District of California. The
8  matter was initially appearance before the Honorable Judge William B. Shubb in the Eastern District
9  on January 27, 2025. Judge Shubb recently signed a stipulated order continuing that initial
10 appearance until March 24, 2025. Time has been excluded until that date.

11 When the district court continued the January 27, 2025 appearance, Mr. Li, his family, and
12 counsel cancelled hotel reservations and travel plans to Sacramento for that Monday hearing. Counsel
13 for Mr. Li now has conflicting obligations for the 27th, and the family has not made arrangements to
14 drive Mr. Li to court for a new January 27 appearance.

15 If it is necessary for Mr. Li to make another initial appearance in the magistrate court in the
16 Eastern District of California, the parties jointly request that the matter be added to the Court's
17 calendar for March 21, 2025.

18 Therefore, for good cause shown the hearing now scheduled before this Court for January 27,
19 2025 is vacated. The matter is added to the duty magistrate court's calendar for March 21, 2025.

STIPULATED ORDER RE: INITIAL APPEARANCE
LI, CR 2:07-00025 WBS

2

| | |
|---|---|
| Dated:    January 23, 2025 | IT IS SO STIPULATED. |
| | STEVEN G. KALAR<br>Kalar Law Office |
| | _____/S_____<br>Counsel for Kong Yuan Li |
| Dated:    January 23, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br>Eastern District of California |
| | _____/S_____<br>HEIKO COPPOLA<br>Assistant United States Attorney |

IT IS SO ORDERED.

Dated: January 24, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATED ORDER RE: INITIAL APPEARANCE
*LI*, CR 2:07-00025 WBS