IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KONG YUAN LI,<br><br>　　　　Defendant. | **Case No.:** CR 2:07-00025 WBS<br><br>**STIPULATION CHANGING DEFENDANT ADDRESS WHILE ON PRETRIAL RELEASE; [PROPOSED] FINDINGS AND ORDER** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.　The defendant originally appeared in Magistrate's Court for the Northern District of California on November 13, 2024. The defendant was released on conditions by the Northern District of California Magistrate Judge. That Magistrate Judge then ordered a Rule 5 transfer to the Eastern District of California.

2.　Counsel for the defendant, the defendant, and the defendant's family all reside in the Northern District of California.

3.　The defendant is being supervised while on pretrial release by the Office of Pretrial Services for the Northern District of California. The defendant is residing with his son in the Northern District.

4.　Condition 5 of the conditions of pretrial release requires the defendant to reside with his son in a specific address in the Northern District of California.

STIPULATED [PROPOSED] ORDER RE: RESIDENCE ON PRETRIAL RELEASE
*LI*, CR 07-00025 WBS

4.      The defendant's son has to move to a different apartment, in the Northern District. The defendant wishes continue to live with his son at this new address. The defendant's son has provided the new apartment address to Pretrial Services in the Northern District of California.

5.      The parties agree and stipulate, and request that the Court find the following:

a)      The defendant shall be permitted to live with his son at the new address in the Northern District of California, that has been provided to the Office of Pretrial Services in the Northern District of California.

//

//

//

//

//

//

//

//

//

//

//

//

//

STIPULATED [PROPOSED] ORDER RE: RESIDENCE ON PRETRIAL RELEASE
*LI*, CR 07-00025 WBS

2

b)   Current Condition 5 is modified to remove the specific address. Specifically, this condition is modified as follows: "Defendant must reside in the custody of Mark Li. The custodian must supervise the defendant and report any violation of a release condition to Pretrial Services. A custodian who fails to do so may be prosecuted for contempt."

Dated:   November 18, 2025

IT IS SO STIPULATED.

STEVEN G. KALAR
Kalar Law Office

/S
Counsel for Kong Yuan Li

Dated:   November 18, 2025

ERIC GRANT
United States Attorney
Eastern District of California

/S
HEIKO COPPOLA
Assistant United States Attorney

IT IS SO ORDERED.

Dated: November 19, 2025

JEREMY D. PETERSON
United States Magistrate Judge

EASTERN DISTRICT OF CALIFORNIA

STIPULATED [PROPOSED] ORDER RE: RESIDENCE ON PRETRIAL RELEASE
*LI*, CR 07-00025 WBS

3