IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

KONG YUAN LI,

Defendant.

**Case No.:** CR 2:07-00025 WBS-11

**STIPULATION RE: PRETRIAL RELEASE AND FINDINGS AND ORDER MODIFYING CONDITIONS OF RELEASE**

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The defendant originally appeared in Magistrate's Court for the Northern District of California on November 13, 2024. The defendant was released on conditions by the Northern District of California Magistrate Judge. That Magistrate Judge then ordered a Rule 5 transfer to the Eastern District of California.

2. The defendant's current conditions of pretrial release include a requirement that he live with his son in the Northern District of California.

3. The defendant has been compliant with all conditions of pretrial release since November 13, 2024.

4. The defendant recently entered a guilty plea pursuant to a plea agreement. Sentencing is scheduled for August 24, 2026 before the Honorable District Judge William Shubb;

5. The defendant has previously worked as a professional Chef. He has been recruited by

STIPULATED ORDER RE: PRETRIAL RELEASE
*LI*, CR 07-00025 WBS

1

the owner of a large Asian restaurant in Bangor, Maine, to be the head Chef of that restaurant. Undersigned defense counsel has explained the federal case and the guilty plea to the owner of the restaurant, and has warned that a custodial term is possible at sentencing. The owner of the restaurant still wishes to hire Mr. Li.

6.      The defense accordingly moves the Court to permit Mr. Li to move to Bangor Maine and work there until his sentencing in August 2026;

7.      The government and the Office of Pretrial Services have no objection to this proposed modification of the pretrial release conditions.

8.      The parties agree and stipulate, and request that the Court find the following:

a)      Mr. Li's conditions of pretrial release #5 and #6 are modified, as follows, and shall be released with a single condition: "Defendant must remain in the District of Maine, with travel permitted to the Northern District of California and the Eastern District of California (for court-purposes and to visit his family only), unless otherwise approved in advance by the pretrial services officer."

b)      Mr. Li shall be supervised by the Office of Pretrial Services for the District of Maine;

c)      Mr. Li must return and appear in person for sentencing in August 2026.

d)      All other conditions of pretrial release remain in effect.

//
//
//
//
//
//
//
//
//

STIPULATED ORDER RE: PRETRIAL RELEASE
*LI*, CR 07-00025 WBS

Dated:      June 3, 2026

IT IS SO STIPULATED.

STEVEN G. KALAR
Kalar Law Office

_____
/S
Counsel for Kong Yuan Li

Dated:      June 3, 2026

MARK LI

/S
_____
Third Party Custodian

Dated:      June 3, 2026

ERIC GRANT
United States Attorney
Eastern District of California

_____
/S
HEIKO COPPOLA
Assistant United States Attorney

IT IS SO ORDERED.

Dated: June 3, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATED ORDER RE: PRETRIAL RELEASE
*LI*, CR 07-00025 WBS

3