IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

KONG YUAN LI,

Defendant.

**Case No.:** CR 2:07-00025 WBS

**STIPULATION REGARDING SENTENCING HEARING; FINDINGS AND ORDER**

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter is currently set for sentencing on Monday, August 24, 2026.

2. For the reasons set forth below, the defense requests that the sentencing hearing currently set for August 24, 2026 be vacated. The defense requests that the matter be set for sentencing on Monday, October 1, 2026 at 10:00 a.m. before this Court.

3. The parties agree and stipulate, and request that the Court find the following:

a) Mr. Li has entered a guilty plea pursuant to a written plea agreement. The parties have completed the presentence process, and the final presentence report has been distributed.

b) This summer, with the consent of the government, Mr. Li moved to the State of Maine to work as the Head Chef in a very large Chinese restaurant. Mr. Li had previously worked for the owner of this restaurant, and was recruited for this position.

c) Mr. Li is indigent, and this new employment is very important to him and his family to permit him to earn some money to support himself after he serves whatever sentence this Court imposes.

d) The defense accordingly requests that sentencing be continued to October 1, 2026, to permit Mr. Li to establish some work history at this restaurant, and demonstrate this history to the Court;

e) In addition, government counsel is unavailable on the scheduled August 24 sentencing hearing date.

f) The Probation Officer who authored the presentence report is available for sentencing on October 1, 2026.

g) Because Mr. Li has pleaded guilty, there are no Speedy Trial Act ramifications for this continuance.

h) The government does not object to this requested continuance.

IT IS SO STIPULATED.

Dated: August 17, 2026

STEVEN G. KALAR
Kalar Law Office

/S

Counsel for Kong Yuan Li

Dated: August 17, 2026

ERIC GRANT
United States Attorney
Eastern District of California

/S

HEIKO COPPOLA
Assistant United States Attorney

IT IS SO ORDERED.

Dated: August 17, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE