IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

KONG YUAN LI,

Defendant.

**Case No.:** CR 2:07-CR-00025 WBS

**STIPULATION REGARDING SENTENCING HEARING; FINDINGS AND ORDER**

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter is currently set for sentencing on Monday, November 2, 2026.

2. For the reasons set forth below, the defense requests that the sentencing hearing currently set for November 2, 2026 be vacated. The defense requests that the matter be set for sentencing on Monday, January 11, 2027 at 10:00 a.m. before this Court. This will be the last requested continuance in the matter.

3. The parties agree and stipulate, and request that the Court find the following:

a) Mr. Li has entered a guilty plea pursuant to a written plea agreement. The parties have completed the presentence process, and the final presentence report has been distributed.

b) Last summer, with the consent of the government, Mr. Li moved to the State of Maine to work as the Head Chef in a very large Chinese restaurant. Mr. Li had previously worked for the owner of this restaurant, and was recruited for this position.

c) Mr. Li is indigent, and this new employment is very important to him and his family to permit him to earn some money to support himself after he serves whatever sentence this Court imposes.

d) The defense accordingly requests that sentencing be continued to January 11, 2027, to permit Mr. Li to establish work history at this restaurant, and to demonstrate this history to the Court;

e) In addition, defense counsel represents a cooperating witness in a large federal trial currently underway before the Honorable Yvonne Gonzalez Rogers. This cooperating witness lives out-of-state. This client will require undersigned counsel's assistance in Oakland on November 2, 2026. Undersigned counsel has no control over when the government wants this cooperating present in Oakland and ready to testify.

f) The Probation Officer who authored the presentence report is available for sentencing on January 11, 2027.

g) Because Mr. Li has pleaded guilty, there are no Speedy Trial Act ramifications for this continuance.

h) The government does not object to this requested continuance.

Dated: October 21, 2026

IT IS SO STIPULATED.

STEVEN G. KALAR
Kalar Law Office

/S

Counsel for Kong Yuan Li

Dated: October 21, 2026

ERIC GRANT
United States Attorney
Eastern District of California

/S

HEIKO COPPOLA
Assistant United States Attorney

IT IS SO ORDERED.

Dated: October 21, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE